denied. *Henry S. Drinker* and *Frederick E. S. Morrison* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Harry Marselli* for respondent.

No. 144. CARPENTER CONTAINER CORP. *v.* CONTAINER COMPANY. C. A. 3d Cir. Certiorari denied. *Hugh M. Morris, Alexander L. Nichols* and *Marvin C. Harrison* for petitioner. *Newton A. Burgess, Eugene G. Mason, H. H. Hamilton* and *John J. Mahoney* for respondent.

Nos. 145 and 146. CAMPBELL *v.* DEVINY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondents. With them on the briefs were *Herman Marcuse* in No. 145 and *Morton Hollander* in No. 146.

No. 147. WABASH RAILROAD Co. *v.* BYLER. C. A. 8th Cir. Certiorari denied. *Sam B. Sebree* for petitioner. *John R. Baty* for respondent.

No. 149. MILLS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles E. Ford* and *H. Clifford Allder* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 151. STOEHR, TRADING AS STOEHR & FISTER, *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Charles J. Margiotti* and *Samuel Goldstein* for petitioner.

*Solicitor General Perlman, Acting Assistant Attorney General Slack* and *John Lockley* for the United States.

No. 152. MONDAKOTA GAS CO. *v.* MONTANA-DAKOTA UTILITIES CO. C. A. 9th Cir. Certiorari denied. *Edward S. Shattuck* for petitioner. *John C. Benson* for respondent.

No. 158. OCHS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Carbery O'Shea* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Louise Foster* for respondent.

No. 159. WITT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hyman M. Greenstein* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 161. MACHATY *v.* ASTRA PICTURES, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Henry Pearlman* for petitioner. *Melvin A. Albert* for respondents.

No. 162. ASTRA PICTURES, INC. *v.* EUREKA PRODUCTIONS, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Melvin A. Albert* for petitioner. *Henry Pearlman* for respondents.

No. 163. DEENA PRODUCTS CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Sidney R. Zatz* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for respondent.